### February 7, 1980.

Appeal No. 78-278. RITA A. MORGAN *v.* VICTOR MORGAN. At the direction of this Court, the parties appeared to show cause why both the appeal and cross appeal should not be dismissed. We affirm the judgment below in light of the fact that on the basis of the evidence in the record the Family Court justice did not err or abuse his discretion by incorporating the agreement in the divorce decree and awarding the wife counsel fees.

Mr. Justice Doris did not participate. *Capalbo & Capalbo, Thomas J. Capalbo, Jr.,* for petitioner, *Nardone, Turo & Naccarato, Vincent J. Naccarato,* for respondent.